IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JACK EDWARD DICKEY, | ) |
| Petitioner, | ) |
| vs | ) CIVIL ACTION NO. 00-N-1851-S |
| WARDEN BILLY OWENS, et al, | ) |
| Respondents. | ) |

**MEMORANDUM OF OPINION**

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, this petition for writ of habeas corpus is due to be dismissed without prejudice to enable the petitioner to exhaust completely his state court remedies. An appropriate order will be entered.

DONE, this 28th day of Sept., 2000.

_____
EDWIN L. NELSON,
UNITED STATES DISTRICT JUDGE

